IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

———————————————————x
:
YAGHOUB MAHDAVIEH and SEPIDEH :
MAHDAVIEH, individually and on behalf of :
all others similarly situated,   :   Civil Action No.
        Plaintiffs,   :   0:13-cv-62801-JIC
  v.   :
:
SUNTRUST MORTGAGE, INC.,   :
SUNTRUST BANK,   :
        Defendants.   :
——————————————————— x

## STIPULATION OF DISMISSAL

Plaintiffs Yaghoub Mahdavieh and Sepideh Mahdavieh ("Plaintiffs") and Defendant SunTrust Mortgage, Inc. hereby stipulate and agree that this action be dismissed with prejudice, with each of the parties to bear their own costs, including attorneys' fees.

Dated: February 4, 2015.

                                                      /s/Kenneth G. Gilman
                                                      Kenneth G. Gilman (Bar No.340758)
                                                      GILMAN LAW, LLP
                                                      8951 Bonita Beach Road, S.E., Suite 525
                                                      Bonita Springs, FL 34135-4208
                                                      Telephone: (781) 307-2526
                                                      kgilman@gilmanlawllp.com
                                                      ***Attorney for Plaintiffs***

*Marc J. Gottlieb*
Marc J. Gottlieb/Florida Bar No. 827819
email:  marc.gottlieb@akerman.com
William P. Heller/Florida Bar No. 987263
e-mail:  william.heller@akerman.com
Christopher S. Carver/Florida Bar No. 993580
email: christopher.carver@akerman.com
**AKERMAN LLP**
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, Florida  33301
Telephone: (954) 463-2700
Facsimile:  (954) 463-2224
***Attorneys for Defendant***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via electronic mail on February 4, 2015.

>                             /s/ Kenneth G. Gilman
>                             Kenneth G. Gilman, Esquire

{Mahdavieh_SunTrust Dismissal Stip revised() }